■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGELIO SANTANA, Appellant. — Appeal by defendant from an order of the County Court, Orange County (Rosenblatt, J.), dated February 26, 1980, which denied his motion for resentencing pursuant to section 60.09 of the Penal Law. Appeal dismissed. No appeal lies from an order denying a motion for resentencing pursuant to section 60.09 of the Penal Law (see *People v De Jesus,* 54 NY2d 447; *People v Stephens,* 55 NY2d 778). Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.